AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.: 1:24-mj-00177-JCN | Date and time warrant executed: 6/7/24 @ ≈ 9:30 AM | Copy of warrant and inventory left with: |
| Inventory made in the presence of: TFO BARRY KELLY | | |

Inventory of the property taken and name(s) of any person(s) seized:

DATA EXTRACTION OF 38 SIM CARDS AND 4 THUMB DRIVES.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/12/24

*Executing officer's signature*

SA Kristopher Sullivan

*Printed name and title*

Print    Save As...    Reset